IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JUDITH SKIBA**                                                                            **PLAINTIFF**

v.                                                               **CIVIL NO. 1:16cv444-HSO-JCG**

**ROBERT SASSER, ET AL.**                                               **DEFENDANTS**

## FINAL JUDGMENT

The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authority, finds that in accord with its Memorandum Opinion and Order entered this date,

**IT IS**, **THEREFORE**, **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 11th of September, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE